William J. Scott, Attorney General; Howard W. Feldman, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 74-CC-520—Claimant )

United Cities Gas Co., Claimant, *vs.* State of Illinois, Department of Corrections, Respondent.

*Opinion filed April 25, 1974.*

United Cities Gas Co., Claimant, pro se.

William J. Scott, Attorney General; Howard W. Feldman, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 74-CC-531—Claimant )

Atchison, Topeka and Santa Fe Railway Company, Claimant, *vs.* State of Illinois, Department of Transportation, Respondent.

*Opinion filed April 25, 1974.*

Atchison, Topeka and Santa Fe Railway Company, Claimant, pro se.

William J. Scott, Attorney General; Howard W. Feldman, Assistant Attorney General, for Respondent.

Per Curiam.